# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINA DUNNING, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KAMTECK, INC. and ) <br> PERSONNEL STAFFING, INC., ) <br> ) <br> Defendant. ) | Civil Action Number: <br> 2:17-cv-0944-JEO |

## ORDER

A joint stipulation of dismissal with prejudice has been filed, signed by counsel for all parties who have appeared.  (Doc. 28).  Accordingly, this action is **DISMISSED WITH PREJUDICE**, with costs taxed as paid.  See FED. R. CIV. P. 41(a)(1)(A)(ii).  The Clerk is **DIRECTED** to close the file.

**DONE**, this 20th day of November, 2017.

_John E. Ott_
_____
**JOHN E. OTT**
Chief United States Magistrate Judge